IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
December 28, 2017
David J. Bradley, Clerk

| | |
|---|---|
| KIRK WAYNE MCBRIDE, § | |
| § | |
| *Petitioner*, § | |
| § | |
| v. § | CIVIL ACTION NO. H-17-3882 |
| § | |
| LORIE DAVIS, § | |
| § | |
| *Respondent*. § | |

## ORDER OF DISMISSAL

Petitioner, a state inmate proceeding *pro se*, filed this section 2254 habeas petition challenging his parole revocation. A review of public records for the federal district courts shows that petitioner's habeas petition challenging this same parole revocation is pending in the San Antonio Division of the Western District of Texas under *McBride v. Davis*, C.A. No. 5:17-cv-01262-FB-ESC (W.D. Tex.). Respondent was ordered to respond to the petition on December 15, 2017.

This case is **DISMISSED AS DUPLICATIVE**. A certificate of appealability is **DENIED**. All pending motions are **DENIED AS MOOT**.

Signed at Houston, Texas, on this the 28th day of December, 2017.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE